# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GARCIA CARDENAS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL,<br><br>Defendant. | Case No. 20-cv-03760-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF** |

Plaintiff filed this action pursuant to 42 U.S.C § 405(g), seeking judicial review of the final decision by the Commissioner of Social Security ("Commissioner") denying his benefits claim. Since filing the action Plaintiff has received three extensions of time to file her motion for summary judgment. (Dkt. Nos. 18, 20, 22.) Under the most recent extension, Plaintiffs' motion for summary judgment was due June 10, 2021. (Dkt. No. 22.) The motion, however, has not been filed and Plaintiff has not sought a further extension or otherwise communicated with the Court. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE as to why this action should not be dismissed for failure to prosecute. Plaintiff shall file a written response to this Order by July 12, 2021.

Plaintiff's counsel shall serve a copy of this Order on Plaintiff and file proof of service of the same within three days.

**IT IS SO ORDERED.**

Dated: June 28, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge